UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

   Deniece M. Payne                      Case No. 12-33637-KRH

 Debtor                                       Chapter 13

   10105 South Fulton Street

   Fredericksburg, VA 22408

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 4788

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $500.00 in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on 08/27/2013. ($250.00)

2. The Attorney has provided services to the Debtor(s) in connection a motion for relief from the automatic stay filed with this Court on 07/18/2013. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on 08/30/2013. ($250.00)

There being no objection filed to the application for compensation in this matter to date in the amount of $500.00 and that the Chapter 13 trustee, Carl M. Bates, is authorized to pay an additional $500.00 to Roger C. Hurwitz from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

Dec 30 2013                      By /s/ Kevin R Huennekens
                                                                 Judge

Notice of Order Entered on Docket
Dec 31 2013

I ask for this:

/s/ Roger C. Hurwitz
Roger C. Hurwitz (VSB#51016)
Attorney for Debtor
The America Law Group, Inc.
d/b/a The Debt Law Group
Box 10
4036 Plank Road
Fredericksburg, VA 22407
804-921-1787
Fax: 540-412-1465

Seen and agreed

/s/ Carl M. Bates_____
Carl M. Bates

Certification

   I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Roger C. Hurwitz
Roger C. Hurwitz

Please send a copy of this Order to:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819


Deniece M. Payne
Debtor
10105 South Fulton Street
Fredericksburg, VA 22408